UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DELORIS J on behalf of
DEVONTE J., deceased [1],   )
                            )
    Plaintiff,           )
                            )
  v.                       )  CIVIL NO. 1:19cv30
                            )
ANDREW M. SAUL,             )
Commissioner of Social Security, )
                            )
    Defendant.           )

## OPINION AND ORDER

This matter is before the court on a Report and Recommendation submitted by Magistrate Judge Joshua P. Kolar, on December 19, 2019.

This Report and Recommendation was submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection results in waiver of the right to challenge the Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

No objections were filed within the 14-day time limit. Accordingly, this Court ADOPTS the Report and Recommendation.

---

[1] For privacy purposes, Plaintiff's full name will not be used in this Order.

## Conclusion

As set forth in Magistrate Judge Kolar's Report and Recommendation, the Decision of the ALJ is hereby REMANDED.

Entered: January 23, 2020.

                                                   s/ William C. Lee
                                                   William C. Lee, Judge
                                                 United States District Court